UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CHRISTIAN SANCHEZ, :
:
                Plaintiff, :
: 21-CV-3804 (VSB)
      -against- :
: **ORDER**
COINIGY, INC., :
:
                Defendant. :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

        Plaintiff filed this action on April 29, 2021, (Doc. 1), and filed an affidavit of service on June 3, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was June 16, 2021. (*See id*.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 22, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 22, 2021
            New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge